No. 1067. SANDLOFER *v.* NEW YORK CITY. May 31, 1938. Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further *in forma pauperis,* denied. *Abraham Sandlofer, pro se.* No appearance for respondent.

No. 1064. LONERGAN *v.* UNITED STATES. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Pierce Lonergan* for petitioner. No appearance for the United States.

No. 986. McCAUGHN, DIRECTOR OF WHARVES, *v.* PHILADELPHIA PIERS, INC., ET AL. May 31, 1938. Petition for writ of certiorari to the Supreme Court of Pennsylvania is denied for the want of a final judgment. *Messrs. G. Coe Farrier* and *J. Harry LaBrum* for petitioner. *Messrs. Wm. A. Schnader, J. R. Guckes,* and *Windsor F. Cousins* for respondents.

No. 937. MUTUAL BENEFIT HEALTH & ACCIDENT ASSN. *v.* MOYER. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Philip E. Horan* for petitioner. *Mr. George B. Grigsby* for respondent.

Nos. 982 and 983. AMERICAN WOOLEN Co. *v.* UNITED STATES. May 31, 1938. Petition for writs of certiorari to the Court of Claims is denied. *Messrs. Melville F. Weston* and *John W. Townsend* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Mr.*